**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 07-7154**

—————————

EUGENE MILLER,

Plaintiff - Appellant,

versus

SHERIFF JIM JACK; SHERIFF'S DEPARTMENT OF
HARRISON COUNTY; BAILIFF J. R. MOORE; OFFICER
JIM MILES,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (1:06-cv-00064-IMK)

—————————

Submitted: January 17, 2008      Decided: January 24, 2008

—————————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Eugene Miller, Appellant Pro Se. Boyd Lee Warner, WATERS, WARNER
& HARRIS, Clarksburg, West Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Miller v. Jack, No. 1:06-cv-00064-IMK (N.D.W. Va. July 12, 2007). We deny Miller's pending motions for transcript at government's expense, for appointment of counsel, for oral argument, and to have this court appoint a different federal judge from out of state to hear his case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED